UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE LEE VARNADO,

    Petitioner,

v.                                          CASE NO. 6:08-cv-459-Orl-35DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 22) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 29th day of June 2009.

                                          MARY S. SCRIVEN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
pslc 6/29
Counsel of Record
Eddie Lee Varnado

---

[1] Petitioner's Notice of Appeal (Doc. No. 21) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).